UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LESLIE TACKETT,

    Petitioner,

v.                                        Case No. 2:11-cv-11508

PAUL KLEE,

    Respondent.
_____/

## JUDGMENT

In accordance with the court's December 23, 2011, "Opinion and Order Denying Petition for Writ of Habeas Corpus and Granting Certificate of Appealability,"

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Respondent Paul Klee and against Petitioner Leslie Tackett. Dated at Detroit, Michigan, this 23rd day of December, 2011.

                                                            DAVID J. WEAVER
                                                            CLERK OF THE COURT


                                                   BY: s/Lisa Wagner
                                                      Lisa Wagner, Deputy Clerk
                                                      and Case Manager to
                                                      Judge Robert H. Cleland

S:\Cleland\JUDGE'S DESK\C2 ORDERS\11-11508.TACKETT.Judgment.wpd